# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BC Licensing, LLC,

     Plaintiff(s),

v.

NE Chicken LLC, et al.,

     Defendant(s).

Case No. 2:25-cv-02199-NJK[1]

**ORDER**

Pending before the Court is an order to show cause regarding the diversity of the parties. Docket No. 5. Plaintiff filed a response, Docket No. 9, and an amended complaint, Docket No. 8. Based on the showing made, the order to show cause is DISCHARGED.[2]

     IT IS SO ORDERED.

     Dated: November 26, 2025

_____

Nancy J. Koppe
United States Magistrate Judge

---

[1] This case is proceeding before the undersigned magistrate judge as part of the opt-out consent program. *See* Docket Nos. 2-3; *see also* Gen. Order 2023-11.

[2] The citizenship for the defense is identified based on information and belief. *See, e.g.*, Docket No. 8 at ¶¶ 14-15. The Court will accept those allegations for today's purposes, but may revisit the issue if circumstances so warrant. *See Carolina Cas. Ins. Co. v. Team Equip., Inc.*, 741 F.3d 1082, 1087-88 (9th Cir. 2014).

1